MICHAEL C. GERAGHTY
ATTORNEY GENERAL

David L. Bernhardt
Lawrence J. Jensen
Brownstein Hyatt Farber Schreck, LLP
1350 I Street, NW, Suite 510
Washington, D.C. 20005-3305
Telephone: (202) 296-7353
Facsimile: (202) 296-7009
Email: dbernhardt@bhfs.com
       ljensen@bhfs.com
Counsel for Plaintiff State of Alaska

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Plaintiff,<br><br>v.<br><br>SALLY JEWELL, in her official capacity as the United States Secretary of the Interior; DANIEL M. ASHE, in his official capacity as Director of the United States Fish and Wildlife Service; GEOFFREY HASKETT, in his official capacity as Alaska Regional Director of the Fish and Wildlife Service; THE UNITED STATES FISH AND WILDLIFE SERVICE; and THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 3:14-cv-00048-SLG<br><br>**PLAINTIFF STATE OF ALASKA'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to D. Ak. LR 7.1(a), 16.3(c); Fed. R. Civ. P. 56(a); and other applicable authorities, Plaintiff State of Alaska ("Alaska") moves for summary judgment on all claims for relief set out in its Complaint in this matter.[1]

This motion is supported by Alaska's contemporaneously-filed Plaintiff State of Alaska's Memorandum in Support of Its Motion for Summary Judgment and all other matters of record before the Court.

WHEREFORE, Plaintiff Alaska respectfully requests that summary judgment be entered on all of its claims as set forth herein and in the referenced memoranda of points and authorities, and that the relief requested in the supporting memoranda be entered by this Court.

---

[1] *See* ECF No. 1, Compl.

DATED September 8, 2014.

                          MICHAEL C. GERAGHTY
                          ATTORNEY GENERAL

By:       By: *s/David L. Bernhardt*
          David L. Bernhardt
          Lawrence J. Jensen
          Brownstein Hyatt Farber Schreck, LLP
          1350 I Street, NW, Suite 510
          Washington, D.C. 20005-3305
          Telephone: (202) 296-7353
          Facsimile: (202) 296-7009
          Email: dbernhardt@bhfs.com
                  ljensen@bhfs.com

          Michael S. Schechter
          Assistant Attorney General
          Alaska Bar No. 1405044
          1031 W 4th Avenue, Suite 200
          Anchorage, AK 99501
          Telephone: (907) 269-5232
          Facsimile: (907) 279-2834
          Email: mike.schechter@alaska.gov

          **Counsel for Plaintiff State of Alaska**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2014, a true and correct copy of the foregoing **PLAINTIFF STATE OF ALASKA'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filing to the following:

Brook Brisson
Suzanne Bostrom
bbrisson@trustees.org
sbostrom@trustees.org

Peter Van Tuyn
peter@btv-law.com

Nathaniel S.W. Lawrence
nlawrence@nrdc.org

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal