**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

STATE OF ALASKA,
    Plaintiff,

Case Number 3:14-cv-00048-SLG

v.

SALLY JEWELL, in her official
capacity as the United States
Secretary of the Interior, et al.,
    Defendant

**JUDGMENT IN A CIVIL CASE**

GWICH'IN STEERING COMMITTEE, et al.,
    Intervenor-Defendant

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant, Sally Jewell, et al. and Intervenor-Defendant Gwich'in Steering Committee, et al. recover costs from the plaintiff, State of Alaska.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: July 22, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Lesley K. Allen
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 4-1-15}